# EXHIBIT A

NO. 19-CI-002312            JEFFERSON CIRCUIT COURT
                                                                        DIVISION ELEVEN (11)
                                                                        JUDGE BRIAN EDWARDS

**RHONDA CLARK**                                                                                                    **PLAINTIFF**

## **AMENDED COMPLAINT**

**LOWE'S HOME CENTERS, LLC**                                                   **DEFENDANT**

        **SERVE:**      **Corporation Service Company**
                            **421 West Main Street**
                            **Frankfort, Kentucky 40601**

Comes the Plaintiff, Rhonda Clark, by and through counsel, and for her cause of action against the Defendant states as follows:

**I.**

At all times material hereto, the Plaintiff was a resident of Louisville, Jefferson County, Kentucky.

**II.**

At all times material hereto, the Defendant was a duly licensed foreign limited liability company active and in good standing doing business for profit as Lowe's at 6651 Dixie Highway, Louisville, Kentucky 40258. The registered agent is Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

**III.**

On or about April 14, 2018 the Plaintiff was a business invitee on the premises owned, operated and/or maintained by the Defendant by and through its agents and/or employees. The Defendant, by and through their agents and/or employees, negligently created a dangerous condition on its premises resulting in the Plaintiff falling and suffering injury. On the date in question, while the Plaintiff was a business invitee and shopping at

Lowes, she was shopping in the fire pit section of the store. The Defendant, by and through its agents and/or employees had left boxes in the aisle way creating a hazardous condition which the Plaintiff tripped over falling to the ground and hitting her head. Upon information and belief, the Defendant, by and through its agents and/or employees created the dangerous condition by leaving boxes in an aisle way that they knew or should have known would be utilized by patrons. Moreover, the Defendant, by and through its agents and/or employees failed to inspect the store premises in a timely fashion to remove the dangerous condition it had created.

### IV.

As a direct and proximate result of the negligence of the Defendant, by and through its agents and/or employees, the Plaintiff has sustained permanent personal injury, she has incurred medical expense and will incur such expense in the future, she has lost income, her capacity to earn money has been permanently impaired and she has and will endure pain and suffering, both physical and mental.

**WHEREFORE**, the Plaintiff demands judgment against the Defendant in an amount sufficient to establish the jurisdiction of this Court, for her costs herein expended, and for any and all other just and proper relief to which she may appear entitled.

PLAINTIFF DEMANDS TRIAL BY JURY.

Respectfully submitted,

*[signature]*

Jeffrey T. Sampson
THE SAMPSON LAW FIRM
450 South Third Street, 4th Floor
Louisville, Kentucky 40202
(502) 584-5050

ATTORNEY FOR PLAINTIFF

NO. **19CI002312**　　　　　　　　JEFFERSON CIRCUIT COURT
　　　　　　　　　　　　　　　　　　　　　DIVISION _____

**RHONDA CLARK**　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

**COMPLAINT**

JEFFERSON CIRCUIT COURT
DIVISION ELEVEN (11)

**LOWE'S HOME CENTERS, LLC**　　　　　　　　　　　　　　　　DEFENDANT

FILED IN CLERK
DAVID L. NICHOLSON, CLERK
APR 1 2 2019
BY_____
DEPUTY CLERK

　　SERVE:　　Corporation Service Company
　　　　　　　421 West Main Street
　　　　　　　Frankfort, Kentucky 40601

Comes the Plaintiff, Rhonda Clark, by and through counsel, and for her cause of action against the Defendant states as follows:

I.

At all times material hereto, the Plaintiff was a resident of Louisville, Jefferson County, Kentucky.

II.

At all times material hereto, the Defendant was a duly licensed foreign limited liability company active and in good standing doing business for profit as Lowe's at 6651 Dixie Highway, Louisville, Kentucky 40258. The registered agent is Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

III.

On or about April 14, 2018 the Plaintiff was a business invitee on the premises owned, operated and/or maintained by the Defendant by and through its agents and/or employees. The Defendant, by and through their agents and/or employees, negligently created a dangerous condition on its premises resulting in the Plaintiff falling and suffering injury.

## IV.

As a direct and proximate result of the negligence of the Defendant, by and through its agents and/or employees, the Plaintiff has sustained permanent personal injury, she has incurred medical expense and will incur such expense in the future, she has lost income, her capacity to earn money has been permanently impaired and she has and will endure pain and suffering, both physical and mental.

**WHEREFORE**, the Plaintiff demands judgment against the Defendant in an amount sufficient to establish the jurisdiction of this Court, for her costs herein expended, and for any and all other just and proper relief to which she may appear entitled.

PLAINTIFF DEMANDS TRIAL BY JURY.

Respectfully submitted,

Jeffrey T. Sampson
THE SAMPSON LAW FIRM
450 South Third Street
4th Floor
Louisville, Kentucky 40202
(502) 584-5050

ATTORNEY FOR PLAINTIFF